RUBIN *v.* WAYNE CIRCUIT JUDGE.

CONTEMPT—CERTIORARI—MOOT QUESTION.
  On certiorari to review an order of the trial court com-
    mitting plaintiff for contempt for violating the court's
    order to return mortgaged property, where, before the
    case was finally disposed of the order was complied with,
    the question became a moot one, and the writ is dismissed.

Certiorari to Wayne; Lamb (Fred S.), J., presiding.
Submitted April 19, 1928.    (Docket No. 76, Calendar
No. 33,585.)    Decided June 4, 1928.

Mandamus by Samuel H. Rubin to compel Fred S.
Lamb, presiding circuit judge of Wayne county, to
vacate an order of commitment for contempt of court.
Dismissed.

*Samuel H. Rubin,* in pro. per.

*Joseph B. Beckenstein,* for defendant.

POTTER, J.    Plaintiff brings certiorari to review an
order of Judge Fred S. Lamb, sitting in the Wayne
circuit court, committing him for contempt.    One
Greenberg, doing business as the West Side Wall Paper
and Paint Store, December 16, 1926, in consideration
of the sum of $1,367 to him in hand paid by Jacob
Cohn, made, executed, and delivered to Cohn a com-
mercial chattel mortgage covering the property in the
store, and covenanted and agreed he would not remove
the property covered by the mortgage or any part
thereof except in the ordinary course of retail business
from the store then occupied, without the written
consent of said Cohn to be indorsed on the chattel
mortgage.    September 21, 1927, the parties to the

mortgage got together and Cohn agreed to accept $950 in full settlement. After this, Greenberg went to a firm of lawyers in Detroit, of which plaintiff was a member. Greenberg filed a bill, Rubin acting as his attorney, for an injunction in the Wayne circuit court, in chancery, restraining Cohn, his counselors, solicitors, attorneys, and agents under a penalty of $10,000 from interfering with the quiet and peaceful possession by Greenberg of his store and from interfering with his business or from ejecting him or attempting to eject him from his store. The bill of complaint alleged the chattel mortgage was paid. Rubin assisted Greenberg in removing the personal property from the location where it was mortgaged. Cohn, through his attorneys, then filed a petition to commit Greenberg and Rubin for contempt for misuse of judicial process.

October 15, 1927, the court made an order fining Greenberg $50, and directing Greenberg and Rubin to return the property which had been removed from the store where it was located when mortgaged. About $1,700 worth of property was taken from the store. Greenberg and Rubin returned approximately $100 worth. A further petition was filed by Cohn asking that Greenberg and Rubin be committed for contempt. They appeared and answered, but before the case was finally disposed of Greenberg paid the fine imposed and Greenberg and Rubin returned the property. The order of the court having been complied with, the question here is a moot one. The writ is therefore denied.

FEAD, C. J., and NORTH, FELLOWS, WIEST, CLARK, McDONALD, and SHARPE, JJ., concurred.